# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17734-MDC

TANYA  STANLEY-WILLIAMS

1206 W. LAFAYETTE STREET

NORRISTOWN, PA 19401

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  TANYA  STANLEY-WILLIAMS

  1206 W. LAFAYETTE STREET

  NORRISTOWN, PA 19401

Counsel for debtor(s), by electronic notice only.

  TIMOTHY ZEARFOSS
  143-145 LONG LANE

  UPER DARBY, PA 19082

Date: 5/24/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee