# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tanya Stanley-Williams aka Tanya Stanley<br>                              Debtor(s) | |
| | CHAPTER 13 |
| Self • -Help Ventures Fund, its successors and/or assigns<br>                              Movant<br>            vs. | |
| Tanya Stanley-Williams aka Tanya Stanley<br>                              Debtor(s) | NO. 18-17734 MDC |
| William C. Miller Esq.<br>                   Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Self • -Help Ventures Fund, which was filed with the Court on or about **February 21, 2019, docket number 22**.

                                        Respectfully submitted,

                              By: **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322
                                        Attorney for Movant/Applicant

September 5, 2019