**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                  : BR NO. 18-17734
TANYA STANLEY-WILLIAMS      :
    Debtor.                        : Chapter 13

**O R D E R**

AND NOW, this __5th__ day of __December__, 2019, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $3700.00, for total compensation of $5000.00, in the above-captioned matter.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE