United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 18-17734-mdc
Tanya Stanley-Williams                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John            Page 1 of 1         Date Rcvd: Dec 05, 2019
                        Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db             +Tanya Stanley-Williams,   1206 W. Lafayette Street,    Norristown, PA 19401-4330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2019 03:16:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown and Norristown Municipal
               Waste Authority jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Self-Help Ventures Fund bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Tanya  Stanley-Williams tzearfoss@aol.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENSYLVANIA
IN RE:                                  : BR NO. 18-17734
TANYA STANLEY-WILLIAMS                  :
        Debtor.                         : Chapter 13
```

**O R D E R**

AND NOW, this  5th  day of  December , 2019, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $3700.00, for total compensation of $5000.00, in the above-captioned matter.

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE