United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tanya Stanley-Williams  
    Debtor

Case No. 18-17734-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Dec 31, 2019  
                      Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.
```
db              +Tanya Stanley-Williams,    1206 W. Lafayette Street,    Norristown, PA 19401-4330
cr              +Municipality of Norristown and Norristown Municipa,    c/o Portnoff Law Associates, Ltd.,
                  P.O. Box 3020,    Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 01 2020 01:41:32      Commonwealth of PA  UCTS,
                  651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:
```
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown and Norristown Municipal
               Waste Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Self-Help Ventures Fund bkgroup@kmllawgroup.com
              TIMOTHY   ZEARFOSS    on behalf of Debtor Tanya   Stanley-Williams tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tanya Stanley-Williams aka Tanya Stanley<br>Debtor | CHAPTER 13 |
| Self-Help Ventures Fund<br>Movant<br>vs.<br>Tanya Stanley-Williams aka Tanya Stanley<br>Debtor | NO. 18-17734 MDC |
| William C. Miller, Esquire<br>Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,120.88,** which breaks down as follows;

Post-Petition Payments:           September 2019 to December 2019 at $1,359.97/month
Fees & Costs Relating to Motion: $681.00
**Total Post-Petition Arrears       $6,120.88**

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on January 1, 2020 and continuing through June 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,359.97** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,020.15 from January 2020 to May 2020 and $1,020.13 for June 2020** towards the arrearages on or before the last day of each month at the address below;

ROUNDPOINT MORTGAGE SERVICING CORPORATION
P.O. BOX 19409
CHARLOTTE, NC 28219-9409

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: December 3, 2019

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: December 13, 2019

/s/ Timothy Zearfoss, Esquire
Timothy Zearfoss, Esquire
Attorney for Debtor

**NO OBJECTION**

Date: 12/19/19

William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this 31st day of December, 2019. However, the court retains discretion regarding entry of any further order.

Chief U.S. Bankruptcy Judge
Magdeline D. Coleman