**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 18-17734-MDC

TANYA  STANLEY-WILLIAMS

1206 W. LAFAYETTE STREET

NORRISTOWN, PA 19401

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TANYA  STANLEY-WILLIAMS

1206 W. LAFAYETTE STREET

NORRISTOWN, PA 19401

Counsel for debtor(s), by electronic notice only.

TIMOTHY ZEARFOSS
143-145 LONG LANE

UPER DARBY, PA 19082

Date: 7/20/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee