United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tanya Stanley-Williams  
    Debtor

Case No. 18-17734-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 21, 2020  
                   Form ID: pdf900     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
```
db             +Tanya Stanley-Williams,    1206 W. Lafayette Street,    Norristown, PA 19401-4330
cr             +Commonwealth of PA UCTS,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
cr             +Municipality of Norristown and Norristown Municipa,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
14338463       +COMMONWEALTH OF PA UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 925,    HARRISBURG, PA 17121-0751
14287799       +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14288331       +Municipality of Norristown,    c/o James R. Wood, Esquire,    Portnoff Law Associates, Ltd.,
                 2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14287798       +Norristown Municipal Waste Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14234848       +ROUNDPOINT MTG SVCS CORP,    PO BOX 19409,    Charlotte, NC 28219-9409
14267470       +RoundPoint Mortgage Servicing Corporation,    PO BOX 19409,    Charlotte, NC 28219-9409
14267157       +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
14253623       +Self-Help Ventures Fund,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 22 2020 04:13:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2020 04:13:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2020 04:13:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14253624*      +Self-Help Ventures Fund,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
```
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown and Norristown Municipal
               Waste Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Self-Help Ventures Fund bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Tanya  Stanley-Williams tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TANYA STANLEY-WILLIAMS

Chapter 13

Debtor

Bankruptcy No. 18-17734-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

August 20, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
TIMOTHY ZEARFOSS  
143-145 LONG LANE

UPER DARBY, PA 19082

Debtor:  
TANYA STANLEY-WILLIAMS

1206 W. LAFAYETTE STREET

NORRISTOWN, PA 19401